**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN DE JESUS VASQUEZ-LOPEZ, | No. 13-73855 |
| Petitioner, | Agency No. A094-947-213 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 18, 2015[**]

Before:      TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

Juan de Jesus Vasquez-Lopez, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Vasquez-Lopez's motion to reopen for failure to establish prima facie eligibility for relief pursuant to section 203 of the Nicaraguan Adjustment and Central American Relief Act of 1997 ("NACARA"), where he did not address how he would demonstrate good moral character or his eligibility for relief as a matter of discretion. *See* NACARA, Pub. L. 105-100 § 203, 111 Stat. 2160 (1997); *see also Albillo-De Leon v. Gonzales*, 410 F.3d 1090, 1093 (9th Cir. 2005) ("A motion to reopen to apply for NACARA relief will not be granted unless an alien can demonstrate prima facie eligibility for relief under NACARA.").

Because the BIA's determination that Vasquez-Lopez did not demonstrate prima facie eligibility for relief is dispositive, we do not reach his remaining contentions. *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004) ("As a general rule courts and agencies are not required to make findings on issues the decision of which is unnecessary to the results they reach." (citation and quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**